UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

*In re:*

CASE NO. 08-29647-BKC-LMI
Chapter 7

**RODRIGUEZ, PEDRO E / RODRIGUEZ, IRAIDY G**

Debtor(s).
_____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( )  The Trustee has a balance of $0.00 remaining in the trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under Section 726, 1226, or 1326 of Title 11 in a case under Chapter 7, 12, 0r 13 of Title 11. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

(X)  The Trustee has a balance of $3.00 which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, claim numbers, and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed this 9th of April, 2010 to Steven Turner, Assistant U.S. Trustee, 51 Southwest First Avenue, 12th Floor, Miami, Florida 33130.

Alan L. Goldberg, Trustee
111 SW Third Street
Suite 701
Miami, Florida 33130
Telephone: (305) 372-1100
Facsimile: (305) 372-0188

Date: 04/07/10            **DIVIDENDS REMITTED TO THE COURT**            Page: 1

Check Number 513 Dated 04/07/10
Case Number 08-29647 - RODRIGUEZ, PEDRO E

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Roundup Funding, LLC**<br>**MS 550**<br>**PO Box 91121**<br>**Seattle, WA 98111-9221** | **000008** | **783.07** | **3.00** |
| ---------- Remittance Total ---------- | | 783.07 | 3.00 |

Alan L. Goldberg, Trustee

COURT1           Printed: 04/07/10 02:22 PM    Ver: 15.08